UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES R BOURQUE | CIVIL ACTION NO. 6:19-CV-01558 |
| VERSUS | JUDGE JUNEAU |
| C PEPPER LOGISTICS LLC ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Defendant's Motion to Set Aside Entry of Default, Rec. Doc. [12], came for hearing before the Court on July 16, 2020; appearing were Arthur Smith, IV and J Arthur Smith, III on behalf of Plaintiff, and Lee Ayres on behalf of the Defendants. After due consideration of the motion, and for the reasons orally assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Set Aside Entry of Default be **GRANTED.**

It is **FURTHER ORDERED** that Defendants be granted leave to file their proposed Answer.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of July, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE